IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARENCE W. BILBREW, | § | |
| TDCJ-CID NO.882188, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-05-1280 |
| | § | |
| MR. WILFORD ANDERSON, *et al.*, | § | |
| Defendants. | § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B).

This is FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on  December 15, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE